NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JMC 18-704

STATE IN THE INTEREST OF

T.J.S.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. JC2016796
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ELIZABETH A. PICKETT**

**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Phyllis M. Keaty, and Candyce G. Perret, Judges.

**MOTION TO DISMISS UNLODGED APPEAL DENIED.**

**Chantel Conrad**
**825 Kaliste Saloom Road,**
**Brandywine Building 3, Suite 150**
**Lafayette, LA 70508**
**(337) 262-2250**
**COUNSEL FOR APPELLEE:**
        **State of Louisiana, Department of Children and Family Services**

**Nicole M. Guidry**
**Attorney at Law**
**100 South Louisiana Street, Suite 500**
**Abbeville, LA 70510**
**(337) 740-2149**
**COUNSEL FOR APPELLEE:**
      **L.M.B.**

**Franchesca L. Hamilton-Acker**
**Acadiana Legal Service Corporation**
**Post Office Box 4823**
**Lafayette, LA 70502-4823**
**(337) 237-4320**
**COUNSEL FOR APPELLEE:**
       **T.J.S.**

**Tracey Davenport-McGraw**
**Assistant District Attorney**
**Fifteenth Judicial District Court**
**Post Office Box 3306**
**Lafayette, LA 70502**
**(337) 232-5170**
**COUNSEL FOR APPELLEE:**
       **State of Louisiana**

**F.J. S**
**In Proper Person**
**100 13th St.**
**Lafayette, LA 70501**
**(337) 335-7490**
**COUNSEL FOR OTHER APPELLANT:**
       **F.J. S**

**Claudelle Ancar**
**c/o CWS III, Case Worker**
**825 Kaliste Saloom Road**
**Brandywine Building 3, Suite 150**
**Lafayette, LA  70508**
**(337) 261-5901**
**COUNSEL FOR APPELLEE:**
       **State of Louisiana, Department of Children and Family Services**

**Shytishia A. M. Flugence**
**Flugence Law Firm**
**620 S. E. Evangeline Thruway**
**Lafayette, LA  70509-0381**
**(337) 261-1099**
**COUNSEL FOR APPELLANT:**
       **F.J.S**

**CASA Coordinator**
**c/o CASA of South Louisiana**
**227 La Rue France**
**Lafayette, LA  70508**
**(337) 268-5111**
**COUNSEL FOR APPELLEE:**
     **CASA of South Louisiana**

**PICKETT, Judge.**

On March 27, 2018, the parental rights of Appellant, F.J.S., and L.M.B., in regard to their minor child, T.J.S., were permanently and irrevocably terminated in the Fifteenth Judicial District Court, Parish of Lafayette, Docket Number 2016-JC-796. A written judgment was signed by the trial court on April 20, 2018, and notice of judgment was mailed to the parties on April 23, 2018.

On May 9, 2018, Appellant filed a *pro se* "Petition for Devolutive Appeal." In response to same, before the appeal was lodged in this court, counsel for the State of Louisiana, Department of Children and Family Services, filed a "Motion to Dismiss Unlodged Appeals Record," asserting therein that Appellant's appeal was filed untimely. La.Ch.Code art. 332.

After the appeal was lodged in this court, Docket Number 18-779, Appellant was ordered to show cause why the appeal should not be dismissed as untimely. Appellant failed to respond to the rule, and the appeal was dismissed as untimely.

**MOTION TO DISMISS UNLODGED APPEAL RECORD DENIED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.